Chicago Cut Stone Co., a corporation, Appellee, v. Joseph Nicosia, et al., On Appeal of Joseph Nicosia, Appellant.

Gen. No. 47,917.

First District, Second Division.

May 24, 1960.

Reversed and remanded.

Francis S. Clamitz and George B. Collins, of Chicago, for appellant; Samuel E. Alexander, of Chicago, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.